# María Curutchet

| | |
|---|---|
| **From:** | DESPAGNE Patricia on behalf of ica1 |
| **Sent:** | miércoles, 13 de mayo de 2015 15:14 |
| **To:** | DIAZ CORDERO Ezequiel Maria; 'mcurutchet@fmdclegal.com'; 'cristian.conejero@ppulegal.com'; 'francesco.campora@ppulegal.com'; 'liat.tapia@ppulegal.com'; 'crescente.molina@ppulegal.com'; 'pablo.correa@ppulegal.com'; 'rozana.zamora@ppulegal.com'; 'raguirre@asgabogados.com.ar'; 'mgebhardt@asgabogados.com.ar'; 'myaryura@asgabogados.com.ar'; 'gcaracotche@asgabogados.com.ar'; 'jk@jakabogados.com.ar'; 'vm@jakabogados.com.ar'; OSTROWER Ricardo A.; 'sls@marval.com.ar'; 'acba@marval.com.ar'; 'iml@marval.com.ar'; 'tmb@marval.com.ar' |
| **Subject:** | 20674/ASM |
| **Attachments:** | 20674 13.05.2015 AT.pdf; 20674 13.05.2015 AT Parties.pdf; 20674 Tabla Financiera 13.05.2015.pdf; 1998  2012_ICC Lista de verificación de los laudos_formulario PDF rellenable.pdf; 1998  2012_Nota dirigida al tribunal arbitral sobre la conducción del arbitraje.pdf; 2012_Nota relativa a cuestiones administrativas.pdf |

Estimados Señores,

Sírvanse encontrar correspondencia del día de hoy de parte de Ana Serra e Moura y Juan Pablo Argentato en el caso de la referencia.

Atentamente,

Patricia Despagne | Assistant
International Court of Arbitration | International Chamber of Commerce
Secrétariat de la Cour internationale d'arbitrage de la CCI
Tél.: +33 (0) 1 49 53 30 12 | Fax: +33 (0) 1 49 53 57 79
e-mail: pde@iccwbo.org | http://www.iccwbo.org
33–43 avenue du Président Wilson, 75116 Paris, France

 Please consider the environment before printing this e-mail

*This message is confidential. If you have received this message in error please delete it and notify the sender immediately. Please contact the Secretariat by telephone at +33(0)1 49 53 30 12, fax at +33(0)1 49 53 57 39 and email at ica1@iccwbo.org. You should not retain the message or disclose its contents to anyone.*

--

*Ce message est confidentiel. Si vous avez reçu ce message par erreur, veuillez le détruire et en informer l'expéditeur. Vous pouvez contacter le Secrétariat par téléphone au +33(0)1 49 53 30 12, fax au +33(0)1 49 53 57 39 et email ica1@iccwbo.org. Vous ne devez ni conserver le message, ni en révéler le contenu.*



INTERNATIONAL COURT OF ARBITRATION® | INTERNATIONAL CENTRE FOR ADR | LEADING DISPUTE RESOLUTION WORLDWIDE

13 de mayo de 2015/smz/pde

**20674/ASM**

Alfredo Carlos Pott (Argentina) c/ **1.** WORLD CAPITAL PROPERTIES LTD (Islas Vírgenes Británicas) **2.** ACQUA HOLDINGS LLC (Estados Unidos de América) **3.** PATAGONIA FINANCIAL HOLDINGS LLC (Estados Unidos de América) **4.** Gonzálo López Jordán (Estados Unidos de América) **5.** Santiago Steed (Estados Unidos de América)

| | | |
|---|---|---|
| <u>**Consejera: Sra Ana Serra e Moura**</u> | (Tel: | +33 1 49 53 30 28) |
| <u>**Consejero adjunto: Sr Juan Pablo Argentato**</u> | (Tel: | +33 1 49 53 28 45) |
| | (Fax: | +33 1 49 53 57 79) |
| | (Email: | ica1@iccwbo.org) |

Eduardo Siqueiros Twomey.
HOGAN LOVELLS BSTL, S.C.
Paseo de Tamarindos 150-PB
Bosques de las Lomas
México, D.F.  05120
México

<u>*Por email: eduardo.siqueiros@hoganlovells.com*</u>

Raul E. Vinuesa
Alsina 2360
San Isidro (1642)
Pcia. de Buenos Aires
Argentina

<u>*Por email: revinu@fibertel.com;*</u>
<u>*raul.vinuesa43@gmail.com*</u>

Osvaldo J. Marzorati
Av. del Libertador 2050
(1425) Buenos Aires
Argentina

<u>*Por email: osvaldo.marzorati@gmail.com*</u>

Ezequiel María Díaz Cordero
María Curutchet
FIORITO MURRAY & DÍAZ CORDERO ABOGADOS
Marcelo T. de Alvear 684, Piso 6
1058AAH, Buenos Aires
Argentina

<u>*Por email: ediazcordero@fmdclegal.com;*</u>
<u>*mcurutchet@fmdclegal.com*</u>

…/…

**INTERNATIONAL CHAMBER OF COMMERCE (ICC)**
**INTERNATIONAL COURT OF ARBITRATION**

33-43 avenue du Président Wilson, 75116 Paris, France
T +33 (0)1 49 53 29 05  F +33 (0)1 49 53 29 33
E arb@iccwbo.org  www.iccarbitration.org

Cristián Conejero
Franceso Campora
Liat Tapia
Crescente Molina
Pablo Correa
Rosana Zamora
PHILIPPI PRIETOCARRIZOSA & URIA
El Golf 40, Piso 20,
Las Condes
7550107, Santiago
Chile

*Por email: cristian.conejero@ppulegal.com; francesco.campora@ppulegal.com; liat.tapia@ppulegal.com; crescente.molina@ppulegal.com; pablo.correa@ppulegal.com; rozana.zamora@ppulegal.com*

Rául Aguirre Saravia
Marcelo Gebhardt
Maximiliano Juan Yaryura Tobias
Gonzalo C. Caracotche
AGUIRRE SARAVIA & GEBHARDT ABOGADOS
Av. Eduardo Madero 942 - Piso 13° - Torre Madero
(C1106ACW) Buenos Aires
Argentina

*Por email: raguirre@asgabogados.com.ar; mgebhardt@asgabogados.com.ar; myaryura@asgabogados.com.ar; gcaracotche@asgabogados.com.ar*

Julio Alberto Kelly
Virginia Meca
JULIO KELLY ABOGADOS
San Martín 323, Piso 17,
(C1004AG) Buenos Aires
Argentina

*Por email: jk@jakabogados.com.ar; vm@jakabogados.com.ar*

Ricardo Ostrower
Santiago Soria
Carolina Bin Astigarraga
Ignacio Minorini Lima
Tomás Bidegain
MARVAL, O'FARRELL & MAIRAL
Av. Leandro N. Alem 928, Piso 7,
(C1001AAR) Buenos Aires
Argentina

*Por email: rao@marval.com.ar; sls@marval.com.ar; acba@marval.com.ar; iml@marval.com.ar; tmb@marval.com.ar*

.../...

**20674/ASM**                                                                 **Página 3**

Estimadas Señoras, Estimados Señores:

Les informamos que, el 13 de mayo de 2015, la Corte de Arbitraje de la Cámara de Comercio Internacional tomó las siguientes decisiones:

- Nombró a Raúl E. Vinuesa como coárbitro (artículo 12(8)).

- Nombró a Osvaldo J. Marzorati como coárbitro (artículo 12(8)).

- Nombró a Eduardo Siqueiros Twomey como presidente del tribunal arbitral (artículo 12(8)).

- Fijó la provisión para gastos en US$ 530 0000, sin perjuicio de reajustes posteriores (artículo 36(2)).

Adjuntamos para su información una copia de la Declaración de Aceptación, Disponibilidad, Imparcialidad e Independencia, así como el *currículum vitae* de Raúl E. Vinuesa, Osvaldo J. Marzorati y de Eduardo Siqueiros Twomey.

**Provisión para gastos**

La provisión para gastos tiene como objetivo cubrir los honorarios y gastos del tribunal arbitral, así como los gastos administrativos de la CCI (artículo 36 y artículo 1(4) del Apéndice III del Reglamento).

La Corte fijó la provisión con base en la cuantía en litigio, actualmente cuantificada en US$ 30 00 000, y el hecho de que la disputa debe ser sometida a un tribunal arbitral compuesto por tres árbitros. Según la evolución del caso, la Corte podrá reajustar dicho monto.

Adjuntamos la Tabla Financiera. Asimismo adjuntamos varias Solicitudes de Pago que indican los montos que deben pagarse y las fechas de vencimiento de dichos pagos.

En vista de que el anticipo sobre la provisión ha sido abonado íntegramente, la Secretaría entregará el expediente al tribunal arbitral hoy mismo (artículo 16). Las partes deben dirigir su correspondencia directamente al tribunal arbitral y enviar copias de su correspondencia a las otras partes y a la Secretaría.

Atentamente,

Ana Serra e Moura
Consejera
Secretaría de la Corte Internacional de Arbitraje de la CCI

Anexos - Declaración de Aceptación, Disponibilidad, Imparcialidad e Independencia de
             Raúl E. Vinuesa, Osvaldo J. Marzorati y de Eduardo Siqueiros Twomey
         - *Currículum Vítae* de Raúl E. Vinuesa, Osvaldo J. Marzorati y de
             Eduardo Siqueiros Twomey
         - Tabla Financiera
         - Solicitudes de Pago

**TRADUCCIÓN PÚBLICA/ PUBLIC TRANSLATION.**

María Curutchet

From: DESPAGNE Patricia on behalf of ica1

Sent: Wednesday, May 13, 2015 15:14

To: DIAZ CORDERO Ezequiel Maria; 'mcurutchet@fmdclegal.com'; 'cristian.conejero@ppulegal.com'; 'francesco.campora@ppulegal.com'; 'liat.tapia@ppulegal.com'; 'crescente.molina@ppulegal.com'; 'pablo.correa@ppulegal.com'; 'rozana.zamora@ppulegal.com'; 'raguirre@asgabogados.com.ar'; 'mgebhardt@asgabogados.com.ar'; 'myaryura@asgabogados.com.ar'; 'gcaracotche@asgabogados.com.ar'; 'jk@jakabogados.com.ar'; 'vm@jakabogados.com.ar'; OSTROWER Ricardo A.; 'sls@marval.com.ar'; 'acba@marval.com.ar'; 'iml@marval.com.ar'; 'tmb@marval.com.ar'

Subject: 20674/ASM

Attachments: 20674 13.05.2015 AT.pdf; 20674 13.05.2015 AT Parties.pdf; 20674 Tabla Financiera 13.05.2015.pdf; 1998 2012_ICC Lista de verificación de los laudos_formulario PDF rellenable.pdf; 1998 2012_Nota dirigida al tribunal arbitral sobre la conducción del arbitraje.pdf; 2012_Nota relativa a cuestiones administrativas.pdf

Dear Sirs,

Please find today's correspondence from Ana Serra e Moura and Juan Pablo Argentato in the case of the reference.

Sincerely,

Patricia Despagne | Assistant

International Court of Arbitration | International Chamber of Commerce

Secretariat of the ICC International Court of Arbitration

Tél.: +33 (0) 1 49 53 30 12 | Fax: +33 (0) 1 49 53 57 79

e-mail: pde@iccwbo.org | http://www.iccwbo.org

33-43 avenue du Président Wilson, 75116 Paris, France

[There follows information in English language]

[There follows information in another language]

ICC (International Court of Arbitration)

International Centre for ADRT

Leading Dispute Resolution Worldwide

1

May 13, 2015/smz/pde ----------------------------------------------------------------
20674/ASM ----------------------------------------------------------------------------
Alfredo Carlos Pott (Argentina) vs. 1. WORLD CAPITAL PROPERTIES LTD (British Virgin Islands) 2. ACQUA HOLDINGS LLC (United States of America) 3. PATAGONIA FINANCIAL HOLDINGS LLC (United States of America) 4. Gonzálo López Jordán (United States of America) 5. Santiago Steed (United States of America)
Advisor: Mrs. Ana Serra e Moura ---------------------------------------------------------
Co-Advisor: Mr Juan Pablo Argentato--------------------------------------------------
(Tel:+33 1 49 53 30 28) -----------------------------------------------------------------
(Tel:+33 1 49 53 28 45) -----------------------------------------------------------------
(Fax:+33 1 49 53 57 79) ----------------------------------------------------------------
(Email:  ica1@iccwbo.org) ------------------------------------------------------------
Eduardo Siqueiros Twomey ------------------------------------------------------------
HOGAN LOVELLS BSTL, S.C. ---------------------------------------------------------
Paseo de Tamarindos 150-PB ----------------------------------------------------------
Bosques de las Lomas México, D.F.,  05120 México -------------------------------
By email: eduardo.siqueiros@hoganlovells.com-----------------------------------
Raúl E. Vinuesa -------------------------------------------------------------------------
Alsina 2360 San Isidro (1642) Province of Buenos Aires Argentina------------------
By email: revinu@fibertel.com; raul.vinuesa43@gmail.com -----------------------
Osvaldo J. Marzorati ------------------------------------------------------------------
Av. del Libertador 2050 (1425) Buenos Aires Argentina--------------------------------
By email: osvaldo.marzorati@gmail.com----------------------------------------------
Ezequiel María Díaz Cordero ---------------------------------------------------------
María Curutchet ------------------------------------------------------------------------
FIORITO MURRAY & DÍAZ CORDERO ABOGADOS ------------------------------
Marcelo T. de Alvear 684, 6th floor,  1058AAH, Buenos Aires Argentina ----------------
By email: ediazcordero@fmdclegal.com;mcurutchet@fmdclegal.com---------------------
International Chamber of Commerce (ICC)-----------------------------------------------
International Court of Arbitration ---------------------------------------------------
33-43 AVENUE DU President Wilson, 75116 Paris, France ------------------------------
T +33(0)1 49 53 29 05 F +33(0)1 49 53 29 33 -------------------------------------------

2

E arb@iccwbo.org www.iccarbitration.org

20674/ASM. Page 2

Cristián Conejero

Franceso Campora

Liat Tapia

Crescente Molina

Pablo Correa

Rosana Zamora

PHILIPPI PRIETOCARRIZOSA & URIA

El Golf 40, Floor 20, Las Condes

7550107, Santiago Chile

By email: cristian.conejero@ppulegal.com; francesco.campora@ppulegal.com

liat.tapia@ppulegal.com; crescente.molina@ppulegal.com

pablo.correa@ppulegal.com; rozana.zamora@ppulegal.com;

Rául Aguirre Saravia

Marcelo Gebhardt

Maximiliano Juan Yaryura Tobias

Gonzalo C. Caracotche

AGUIRRE SARAVIA & GEBHARDT ABOGADOS

Av. Eduardo Madero 942 - Piso 13º - Torre Madero (C1106ACW) Buenos Aires

Argentina

By email: raguirre@asgabogados.com.ar; mgebhardt@asgabogados.com.ar;

myaryura@asgabogados.com.ar; gcaracotche@asgabogados.com.ar

Julio Alberto Kelly

Virginia Meca

JULIO KELLY ABOGADOS

San Martín 323, Piso 17, (C1004AG) Buenos Aires Argentina

By email: jk@jakabogados.com.ar; vm@jakabogados.com.ar

Ricardo Ostrower

Santiago Soria

Carolina Bin Astigarraga

Ignacio Minorini Lima

3

Tomás Bidegain ----------------------------------------------------------------------------

MARVAL, O'FARRELL & MAIRAL ---------------------------------------------------------

Av. Leandro N. Alem 928, Piso 7, (C1001AAR) Buenos Aires Argentina ----------------

By email: rao@marval.com.ar; sls@marval.com.ar; acba@marval.com.ar; ---------------

iml@marval.com.ar; tmb@marval.com.ar ---------------------------------------------

20674/ASM. Page 3 -----------------------------------------------------------------------

To Whoever it may concern, ---------------------------------------------------------------

We hereby inform you that, on May 13, 2015, the Court of Arbitration of the International Chamber of Commerce took the following decisions:---------------------------------------

- It appointed Raúl E. Vinuesa as co-arbitrator (section 12 (8)). -----------------------------

- It appointed Osvaldo J. Marzorati as co-arbitrator (section 12 (8)). -----------------------

- It appointed Eduardo Siqueiros Twomey as president of the arbitral tribunal (section 12 (8)).----------------------------------------------------------------------------------------

- It set the provision for expenses at US$ 530,0000, without prejudice to subsequent adjustments (section 36 (2)). ---------------------------------------------------------------

We hereto attach for your information a copy of the Statement of Acceptance, Availability, Impartiality and Independence, as well as the curriculum vitae of Raúl E. Vinuesa, Osvaldo J. Marzorati and Eduardo Siqueiros Twomey. ---------------------------

**Provision for expenses** ----------------------------------------------------------------------

The provision for expenses is intended to cover the fees and expenses of the arbitral tribunal, as well as the administrative expenses of the ICC (Section 36 and Section 1 (4) of Appendix III of the Rules). -----------------------------------------------------------------

The Court established the provision based on the amount under dispute, currently quantified at US$ 30,000,000, and the fact that the dispute must be submitted to an arbitral tribunal composed by three arbitrators. Depending on the evolution of the case, the Court may readjust such amount.----------------------------------------------------------------

We hereto attach the Financial Table. We also enclose several Payment Requests which specify the amounts that must be paid and the due dates of such payments. ----------------

On account of the fact that the advance on the provision has been paid in full, the Secretariat will deliver the file to the arbitral tribunal today (Section 16). The parties must address their correspondence directly to the arbitral tribunal and send copies of their correspondence to the other parties and to the Secretariat. ---------------------------------



4

[Illegible signature] ----------------------------------------------------------------

Advisor -------------------------------------------------------------------------------

Ana Serra e Moura. Secretariat of the ICC International Court of Arbitration---------------

Appendixes----------------------------------------------------------------------------

-Statement of Acceptance, Availability, Impartiality and Independence of Raúl E. Vinuesa, Osvaldo J. Marzorati and Eduardo Siqueiros Twomey ----------------------------

- Curriculum Vítae of Raúl E. Vinuesa, Osvaldo J. Marzorati and Eduardo Siqueiros Twomey -------------------------------------------------------------------------------

- Financial Table ----------------------------------------------------------------------

- Payment Requests -------------------------------------------------------------------

This is a true translation – in 5 pages- from Spanish into English of the document to which I beg to refer in the city of Buenos Aires, on this twelfth day of October of the year two thousand and twenty-one. ----------------------------------------------------------------

A fines de certificación. --------------------------------------------------------------

Es traducción fiel – en 5 páginas- del idioma castellano al idioma inglés del documento que tuve a la vista y al cual me remito en la ciudad de Buenos Aires, a los doce días del mes de octubre del año dos mil veintiuno. --------------------------------------------------

PAULA GEROLA
TRADUCTORA PÚBLICA
IDIOMA INGLÉS
Mat. T° XIV F°388 Capital Federal
Inscrip. C.T.T.C.B.A. N° 5073

5

## CERTIFICATE OF
## ACCURACY

I, Paula Gerola, certify that I am fluent in the English and Spanish languages, having graduated from Universidad del Salvador and obtained the degree of Public Translator, and that I am registered before the Public Translators Association of the Autonomous City of Buenos Aires, and that the attached English-language document is a true and accurate translation of the attached Spanish-language document into the English language.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2021.

By: [signature]

Paula Gerola
Certified Public Translator
License 5073 (Colegio de Traductores Públicos de la Ciudad de Buenos Aires/ Public Translators Association of the Autonomous City of Buenos Aires)
Pacheco de melo 1999 6ª, CABA, Argentina