**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-23942-CIV-LENARD/ LOUIS

**ALFREDO CARLOS POTT,**

Plaintiff,

**v.**

**WORLD CAPITAL PROPERTIES LTD.,**
**GONZALO LÓPEZ JORDÁN,** and
**SANTIAGO STEED,**

Defendants.
_______________________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Lauren Louis, ("Report," D.E. 230), issued on July 10, 2026, recommending the Court grant Defendant Gonzalo Lopez Jordan's Notice of Garnishee's Answer and Request for Dissolution of Writ of Garnishment and Discharge of Garnishee (Motion, D.E. 218), Notice of Garnishee's Answer and Request for Dissolution of Writ of Garnishment and Discharge of Garnishee (Motion, D.E. 219), and Notice of Garnishee's Answer and Request for Dissolution of Writ Of Garnishment and Discharge of Garnishee (Motion, D.E. 220). The Report provides the Parties with fourteen (14) days to file objections (D.E. 230 at 6). As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 230) is **ADOPTED**;

2. Motion (D.E. 218) is **GRANTED** and the underlying Writ of Garnishment (D.E. 202) is **DISSOLVED**;

3. Motion (D.E. 219) is **GRANTED** and the underlying Writ of Garnishment (D.E. 203) is **DISSOLVED**; and

4. Motion (D.E. 220) is **GRANTED** and the underlying Writ of Garnishment (D.E. 204) is **DISSOLVED**;

**DONE AND ORDERED** in Chambers at Miami, Florida this 24th day of August, 2026.

Joan A. Lenard

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**